Kenneth BUTLER, Sr., Plaintiff–
Appellant,

v.

BALKAMP INC., National Auto Parts
Association, Genuine Parts Company
Corporation, Defendants–Appellees,

Tien–I Industrial Corporation, Limited,
Yuh Yeou Industry Co., Ltd.,
Defendants.

No. 2014–1852.

United States Court of Appeals,
Federal Circuit.

June 5, 2015.

Nirajan Man Singh, Ditthavong & Stein-
er, Alexandria, VA, argued for plaintiff-
appellant. Also represented by Joseph J.
Zito, DNL Zito, Washington, DC.

John Maurice Bowler, Troutman Sand-
ers LLP, Atlanta, GA, argued for defen-
dants-appellees.

PROST, Chief Judge, BRYSON and
HUGHES, Circuit Judges.

### JUDGEMENT

PER CURIAM.

THIS CAUSE having been heard and con-
sidered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

REXNORD INDUSTRIES,
LLC, Appellant

v.

HABASIT BELTING
INCORPORATED,
Cross–Appellant.

Nos. 2014–1858, 2014–1859.

United States Court of Appeals,
Federal Circuit.

June 5, 2015.

David R. Cross, Quarles & Brady, LLP,
Milwaukee, WI, argued for appellant.
Also represented by Johanna Wilbert, Joel
Austin.

Matthew Thomas Bailey, McKenna
Long & Aldridge, LLP, Washington, DC,
argued for cross-appellant. Also repre-
sented by Randall Pyles.

REYNA, PLAGER, and TARANTO,
Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and con-
sidered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**